## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DUNCANNON INVESTMENT GROUP, III,   :   No. 700 MAL 2018
LLC D/B/A POWER PRO BATTERY   :
SALES,   :
  :   Petition for Allowance of Appeal from
           Petitioner   :   the Order of the Commonwealth Court
  :
  :
     v.   :
  :
  :
MICHELLE LYNN REED,   :
  :
          Respondent   :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 10th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.